No. 470. R. P. FARNSWORTH & Co., INC. *v.* ELECTRICAL SUPPLY Co. November 12, 1940. Petition for writ of

certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James C. Henriques* for petitioner. *Messrs. Robert E. Milling* and *Robert E. Milling, Jr.* for respondent.